GEIGY Co., INC. v. UNITED STATES

No. 4541.—Invoice dated Basel, Switzerland, June 2, 1933.
Entered at New York June 14, 1933.
Entry No. 25657.

(Decided March 17, 1939)

Plaintiff not represented by counsel.

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

BROWN, Judge: This appeal to reappraisement has been submitted for decision upon stipulation for the parties hereto.

On the agreed facts, I find the United States value, as that value is defined in section 402 (e) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such value is the entered value of $0.79 per pound. Judgment will be rendered accordingly.